**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-1897**

———————

IN RE:  REBECCA ROBINSON DOWDY,

                                                    Debtor.

------------------------------

REBECCA ROBINSON DOWDY,

                            Debtor - Appellant,

        versus

OTIS DOWDY,

                            Debtor - Appellee,

        and

REBECCA CONNELLY,

                                                    Trustee.

———————

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Samuel G. Wilson, Chief District
Judge.  (CA-02-1222-7; BK-00-941-7)

———————

Submitted: February 19, 2004          Decided:  February 24, 2004

———————

Before NIEMEYER, GREGORY, and SHEDD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Gary M. Bowman, Roanoke, Virginia, for Appellant. Malissa L. Giles, Roanoke, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Rebecca Robinson Dowdy appeals the district court's orders: (1) dismissing her appeal from the bankruptcy court and (2) denying her motions for reconsideration and for an extension of time to file a notice of appeal. Our review of the record and the district court's opinions discloses no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Dowdy v. Dowdy, Nos. CA-02-1222-7; BK-00-941-7 (W.D. Va. June 20, 2003; July 10, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED